# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEVEN A. WALCOTT, JR.

VERSUS

LA. DEPT. OF HEALTH, VALLEY
SERVICES, ET AL

NO.  2020 CA 0611

**SEPTEMBER 14, 2020**

---

In Re:    Steven A. Walcott, Jr., applying for rehearing, 20th
          Judicial District Court, Parish of East Feliciana, No.
          45,949.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **MOTION FOR REHEARING GRANTED; APPEAL REINSTATED.** The appeal
is hereby reinstated.    If applicable, appellant must file
separate motions for reinstatement of the right to oral argument
and the right to file a reply brief.    The briefing schedule
shall be set by the clerk's office.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT